# AMENDED COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Walter Lee Chesser

v.

(Full name of defendant(s))

THE MIL CLOTHING COMPANY LLC

Case Number: 24-C-0974
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

333 West Brown Deer Road Unit G - 315 Milwaukee, WI 53217
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant THE MIL CLOTHING COMPANY LLC
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __3536 W Fond du Lac Ave. Milwaukee, WI 53216__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Plaintiff's MIL-TOWN trademark, registered under Registration No. 3,532,049, is valid incontestable, and covers a wide range of clothing products. including but not limited to shirts, t-shirts, caps, hats, and pants.

2. Plaintiff has continuously and substantially exclusively used the MIL-TOWN Trademark in connection with the printing and sale of clothing in the United States since 2008.

3. Defendant has been engaged in the unauthorized use of the Plaintiff's MIL-TOWN Trademark for clothing.

4. Defendant's website /www.themil414.com/about-us indicates that the brand was first introduced in 2019, and operates under the names "The Mil Clothing Company" ("Mil Clothing") and sells clothing such as but not limited to shirts, t-shirts, and caps.

5. Defendant sells clothing such as but not limited to shirts, t-shirts, and caps under the trademarks "THE MIL®" and "MIL®" constitutes trademark infringement under 15 U.S.C. § 1114.

6. Defendant is using the federal registration symbol ® without possessing a valid federal tradmark registration for "THE MIL®" and "MIL®"

7. Defendant's use of "THE MIL®" and "MIL®" marks, along with the misuse of the ® symbol, constitutes false advertising and unfair competition under 15 U.S.C. § 1125(a).

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

8. Issue a preliminary and permanent injunction to restrain Defendant from using "THE MIL®" and "MIL®" marks or any other confusingly similar trademarks in connection with clothing products,

9. Issue a preliminary and permanent injunction to restrain Defendant from using the federal registration symbol ® with any product not registered by the Defendant with the United States Patent and Trademark Office.

10. Award any other and further relief that the Court deems just and proper.

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __2nd__ day of __August__ 20__24__.

Respectfully Submitted,

*Walter L Chesar* (signature)

Signature of Plaintiff

414-204-2532

Plaintiff's Telephone Number

miltown36@gmail.com

Plaintiff's Email Address

333 West Brown Deer Road Unit G - 315 Milwaukee, WI 53217

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)